**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

**LAKEITH AMIR-SHARIF, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **DENY** appellant's December 10, 2013 motion to supplement the record. Pursuant to this Court order dated December 2, 2013, appellant shall file his brief on or before **JANUARY 31, 2014**. We caution appellant that if he fails to file a brief on or before **JANUARY 31, 2014**, **the appeal will be dismissed for want of prosecution without further notice**. *See* TEX. R. APP. P. 38.8(a)(1).

/s/      DAVID LEWIS
JUSTICE